**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Nicholas J. Ferraro (SBN 306528) / Lauren N. Vega (SBN 306525)<br>Ferraro Vega Employment Lawyers, Inc.<br>3160 Camino Del Rio South, Suite 308<br>San Diego, CA 92108<br>TELEPHONE NO.: 619-693-7727   FAX NO.: 619-350-6855<br>ATTORNEY FOR (Name): Plaintiff Amy McCormack | ELECTRONICALLY FILED<br>Superior Court of California,<br>County of San Diego<br>03/04/2022 at 03:21:27 PM<br>Clerk of the Superior Court<br>By Melissa Valdez, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA
BRANCH NAME: Hall of Justice

**CASE NAME:** Amy McCormack v. Sterling Jewelers, Inc. et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 37-2022-00008433-CU-OE-CTL |
|---|---|---|
| ☑ Unlimited  ☐ Limited<br>(Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Judge Eddie C Sturgeon<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

   **Auto Tort**
   ☐ Auto (22)
   ☐ Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   ☐ Asbestos (04)
   ☐ Product liability (24)
   ☐ Medical malpractice (45)
   ☐ Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   ☐ Business tort/unfair business practice (07)
   ☐ Civil rights (08)
   ☐ Defamation (13)
   ☐ Fraud (16)
   ☐ Intellectual property (19)
   ☐ Professional negligence (25)
   ☐ Other non-PI/PD/WD tort (35)

   **Employment**
   ☐ Wrongful termination (36)
   ☑ Other employment (15)

   **Contract**
   ☐ Breach of contract/warranty (06)
   ☐ Rule 3.740 collections (09)
   ☐ Other collections (09)
   ☐ Insurance coverage (18)
   ☐ Other contract (37)

   **Real Property**
   ☐ Eminent domain/Inverse condemnation (14)
   ☐ Wrongful eviction (33)
   ☐ Other real property (26)

   **Unlawful Detainer**
   ☐ Commercial (31)
   ☐ Residential (32)
   ☐ Drugs (38)

   **Judicial Review**
   ☐ Asset forfeiture (05)
   ☐ Petition re: arbitration award (11)
   ☐ Writ of mandate (02)
   ☐ Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   ☐ Antitrust/Trade regulation (03)
   ☐ Construction defect (10)
   ☐ Mass tort (40)
   ☐ Securities litigation (28)
   ☐ Environmental/Toxic tort (30)
   ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   ☐ Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   ☐ RICO (27)
   ☐ Other complaint (not specified above) (42)

   **Miscellaneous Civil Petition**
   ☐ Partnership and corporate governance (21)
   ☐ Other petition (not specified above) (43)

2. This case ☑ is  ☐ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☑ Substantial amount of documentary evidence
   d. ☑ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): 11 - Labor Code violations
5. This case ☑ is  ☐ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: March 4, 2022
Nicholas J. Ferraro
(TYPE OR PRINT NAME)                              *Nicholas J. Ferraro*
                                                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

Exhibit 3
NOR, page 74

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

STERLING JEWELERS, INC., a corporation; SIGNET JEWELERS, LTD., a corporation; and DOES 1 through 50,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

AMY MCCORMACK, as an individual and on behalf of all others similarly situated,

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
03/04/2022 at 03:21:27 PM
Clerk of the Superior Court
By Melissa Valdez, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Superior Court of California, County of San Diego
Hall of Justice, 330 West Broadway, San Diego, CA 92101

**CASE NUMBER:**
37-2022-00008433-CU-OE-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Nicholas J. Ferraro, 3160 Camino del Rio South, Suite 308, San Diego, CA 92108 / Tel: 619-693-7727

DATE: 03/07/2022
*(Fecha)*

Clerk, by M. Valdez , Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

NOR, page 75

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Ferraro Vega Employment Lawyers, Inc.**<br>**3160 Camino del Rio South Suite 308**<br>**San Diego, CA 92108**<br>TELEPHONE NO.: **619-693-7727**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Amy McCormack** | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**03/18/2022** at 10:55:00 AM<br><br>Clerk of the Superior Court<br>By E- Filing,Deputy Clerk |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>STREET ADDRESS: **330 W Broadway**<br>MAILING ADDRESS: **330 West Broadway Room 225 (Civil)**<br>CITY AND ZIP CODE: **San Diego 92101**<br>BRANCH NAME: **Hall of Justice Courthouse** | |
| PLAINTIFF/PETITIONER: **Amy McCormack** | CASE NUMBER:<br>**37-2022-00008433-CU-OE-CTL** |
| DEFENDANT/RESPONDENT: **Sterling Jewelers, Inc. et al.** | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**REF-9731558** |

**IMAGED FILE**

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **Civil Cover sheet; Complaint; Notice of Case Assignment and Case management Conference; Alternative Dispute Resolution; Stipulation to use ADR**

3. a. Party served *(specify name of party as shown on documents served)*:
      **STERLING JEWELERS INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:

4. Address where the party was served:
   **330 North Brand Boulevard, Glendale, CA 91203**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **03/17/2022** at *(time)*: **9:54 AM**

   b. [ ] **by substituted service.** On *(date)*:           at *(time)*:           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:            from *(city)*:            **or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California POS-
010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10
Tracking #: **0084384925**

REF: **REF-9731558**

NOR, page 76

| | |
|---|---|
| PLAINTIFF/PETITIONER: Amy McCormack | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Sterling Jewelers, Inc. et al. | 37-2022-00008433-CU-OE-CTL |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:                                  (2) from *(city)*:

  (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify)* **STERLING JEWELERS INC.**
    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
  a. Name:                **Joecelyn Ramos**
  b. Address:             **316 W 2nd St. 3rd Floor Los Angeles, CA 90012**
  c. Telephone number:    **213-621-9999**
  d. The fee for service was: **$ 75.00**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i)  ☐ owner  ☒ employee  ☐ independent contractor.   For: **ABC Legal Services, LLC**
      (ii) ☒ Registration No.: **2019112771**                Registration #: **6779**
      (iii)☒ County: **County of Los Angeles**               County: **Los Angeles**

BY FAX

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐

Page 2 of 3

POS-010 [Rev. January 1, 2007]

REF: **REF-9731558**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0084384925**

NOR, page 77

**I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 03/17/2022

**Joecelyn Ramos**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*Joecelyn Ramos*
(SIGNATURE)



| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Ferraro Vega Employment Lawyers, Inc.**<br>**3160 Camino del Rio South Suite 308**<br>**San Diego, CA 92108**<br>TELEPHONE NO.: 619-693-7727   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Amy McCormack | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**03/18/2022** at 10:57:00 AM<br><br>Clerk of the Superior Court<br>By E- Filing, Deputy Clerk |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>STREET ADDRESS: 330 W Broadway<br>MAILING ADDRESS: 330 West Broadway Room 225 (Civil)<br>CITY AND ZIP CODE: San Diego 92101<br>BRANCH NAME: Hall of Justice Courthouse | |
| PLAINTIFF/PETITIONER: **Amy McCormack** | CASE NUMBER:<br>**37-2022-00008433-CU-OE-CTL** |
| DEFENDANT/RESPONDENT: **Sterling Jewelers, Inc. et al.** | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**REF-9731558** |

**IMAGED FILE**

*(BY FAX)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **Civil Cover sheet; Complaint; Notice of Case Assignment and Case management Conference; Alternative Dispute Resolution; Stipulation to use ADR**

3. a. Party served *(specify name of party as shown on documents served)*:
   **SIGNET JEWELERS, LTD. c/o STERLING JEWELERS INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:

4. Address where the party was served:
   **330 North Brand Boulevard, Glendale, CA 91203**

5. I served the party *(check proper box)*
   
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:      at *(time)*:
   
   b. [X] **by substituted service.** On *(date)*: **03/17/2022** at *(time)*: **9:54 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **Daisy Montenegro , I delivered the documents to an individual who indicated they were the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 25-35 years of age, 5'-5'4" tall and weighing 140-160 lbs.**
   
   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   
   (4) [X] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:       from *(city)*:       or [X] a declaration of mailing is attached.
   
   (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 4

Form Adopted for Mandatory Use
Judicial Council of California POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10
Tracking #: **0084384938**

REF: **REF-9731558**

Exhibit 3
NOR, page 79

| PLAINTIFF/PETITIONER: Amy McCormack | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Sterling Jewelers, Inc. et al. | 37-2022-00008433-CU-OE-CTL |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                              (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*  **SIGNET JEWELERS, LTD. c/o STERLING JEWELERS INC.**
      under the following Code of Civil Procedure section:

      | | |
      |---|---|
      | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
      | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
      | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
      | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
      | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
      | | ☐ other: |

7. **Person who served papers**
   a. Name:            **Joecelyn Ramos**
   b. Address:         **316 W 2nd St. 3rd Floor Los Angeles, CA 90012**
   c. Telephone number: **213-621-9999**
   d. The fee for service was: **$ 75.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i)  ☐ owner  ☒ employee  ☐ independent contractor.   For:  **ABC Legal Services, LLC**
         (ii) ☒ Registration No.: **2019112771**                  Registration #: **6779**
         (iii) ☒ County:  **County of Los Angeles**                County:  **Los Angeles**

   BY FAX

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐

Page 2 of 4

POS-010 [Rev. January 1, 2007]                **PROOF OF SERVICE OF SUMMONS**                Tracking #: **0084384938**

REF: **REF-9731558**

NOR, page 80

**I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 03/17/2022

Joecelyn Ramos
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*Joecelyn Ramos*
(SIGNATURE)

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Ferraro Vega Employment Lawyers, Inc.**<br>**3160 Camino del Rio South Suite 308**<br>**San Diego, CA 92108**<br>TELEPHONE NO.: **619-693-7727**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Amy McCormack** | *FOR COURT USE ONLY* |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>STREET ADDRESS: **330 W Broadway**<br>MAILING ADDRESS: **330 West Broadway Room 225 (Civil)**<br>CITY AND ZIP CODE: **San Diego 92101**<br>BRANCH NAME: **Hall of Justice Courthouse** | |
| PLAINTIFF/PETITIONER: **Amy McCormack** | CASE NUMBER:<br>**37-2022-00008433-CU-OE-CTL** |
| DEFENDANT/RESPONDENT: **Sterling Jewelers, Inc. et al.** | |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>**REF-9731558** |

**IMAGED FILE**

Party to Serve:
**SIGNET JEWELERS, LTD. c/o STERLING JEWELERS INC.**

Documents:
**Civil Cover sheet; Complaint; Notice of Case Assignment and Case management Conference; Alternative Dispute Resolution; Stipulation to use ADR**

Service Address:
**330 North Brand Boulevard, Glendale, CA 91203**

I declare the following attempts were made to effect service by personal delivery:

**3/17/2022 9:54 AM Served to Daisy Montenegro , I delivered the documents to an individual who indicated they were the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 25-35 years of age, 5'-5'4" tall and weighing 140-160 lbs.**

Page 3 of 4

REF: **REF-9731558**

PROOF OF SERVICE OF SUMMONS

Tracking #: **0084384938**

| PLAINTIFF/PETITIONER: Amy McCormack | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Sterling Jewelers, Inc. et al. | 37-2022-00008433-CU-OE-CTL |

Person who performed diligence:

**Joecelyn Ramos**
**316 W 2nd St. 3rd Floor Los Angeles, CA 90012**
**213-621-9999**

I am a registered California process server
   Registration No.:   2019112771
   County:   County of Los Angeles

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Date: 03/17/2022

*Joecelyn Ramos*
Joecelyn Ramos
(NAME OF PERSON WHO PERFORMED DILIGENCE)

(SIGNATURE)

Page 4 of 4

REF: **REF-9731558**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0084384938**

NOR, page 82

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: **Ferraro Vega Employment Lawyers, Inc.** <br>**3160 Camino del Rio South Suite 308** <br>**San Diego, CA 92108** | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO.: **619-693-7727**     FAX NO. *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: **Amy McCormack** | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO** <br> STREET ADDRESS: **330 W Broadway** <br> MAILING ADDRESS: **330 West Broadway Room 225 (Civil)** <br> CITY AND ZIP CODE: **San Diego 92101** <br> BRANCH NAME: **Hall of Justice Courthouse** | |
| PLAINTIFF/PETITIONER: **Amy McCormack** | CASE NUMBER: <br>**37-2022-00008433-CU-OE-CTL** |
| DEFENDANT/RESPONDENT: **Sterling Jewelers, Inc. et al.** | |
| **DECLARATION OF MAILING** | Ref. No. or File No.: <br>**REF-9731558** |

**IMAGED FILE**

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 316 W 2nd St. 3rd Floor, Los Angeles, CA 90012.

That on **March 18, 2022**, after substituted service was made, I mailed the following documents: **Civil Cover sheet; Complaint; Notice of Case Assignment and Case management Conference; Alternative Dispute Resolution; Stipulation to use ADR** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Los Angeles**, **CA**.

That I addressed the envelope as follows:

> **SIGNET JEWELERS, LTD. c/o STERLING JEWELERS INC.** <br>
> **330 North Brand Boulevard** <br>
> **Glendale, CA 91203**

**BY FAX**

That I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

That I executed this declaration on 3/18/2022 at Los Angeles, CA.

/s/ Jesus Alvarez
_____
Declarant: **Jesus Alvarez**, Reg. # 6585

REF: **REF-9731558**

Tracking #: **0084384936**



Exhibit "3" <br>
NOR, page 83