1  VORYS SATER SEYMOUR AND PEASE LLP
   Cory D. Catignani (Bar No. 332551)
2  cdcatignani@vorys.com
   4675 MacArthur Court, Suite 700
3  Newport Beach, CA 92660
   Telephone: (949) 526-7900
4  Facsimile: (949) 526-7901

5  Attorneys for Defendants
   STERLING JEWELERS INC. and
6  SIGNET JEWELERS LTD

7

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| AMY MCCORMACK, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STERLING JEWELERS INC., a corporation; SIGNET JEWELERS LTD., a corporation; and DOES 1 through 50,<br><br>Defendants. | Case No. **'22CV525 AJB BGS**<br><br>**DECLARATION OF ADAM J. ROCCO IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**<br><br>Action Filed:   March 4, 2022<br>Trial Date:     None Set<br>Removal Date:   April 15, 2022 |

    I, Adam J. Rocco, being first duly cautioned and sworn and competent to testify about the matters contained herein, hereby declare and state as follows upon personal knowledge and information:

    1.   I am over eighteen years of age; I am making this declaration based upon my personal knowledge and I am competent to testify to the matters stated below.

    2.   I am an attorney with the law firm Vorys, Sater, Seymour and Pease LLP ("Vorys") in Columbus, Ohio.

    3.   Vorys has been retained to represented Sterling Jewelers Inc. ("Sterling") and Signet Jewelers LTD ("Signet") in the above-captioned matter.

DECLARATION OF ADAM J. ROCCO
1

4. In connection with this case and the claims asserted by Plaintiff Amy McCormack, I requested that Victoria Ortega, a paralegal for Sterling, send me payroll and time data for non-exempt employees of Sterling and Zale Delaware, Inc. ("Zale"), a subsidiary of Signet, in the state of California during the period beginning March 4, 2018 and running through the present.

5. I made the request for Ms. Ortega to send the data on March 8, 2022.

6. Ms. Ortega sent Vorys the requested data between March 15 and 16, 2022.

7. Upon receiving the data from Ms. Ortega, Vorys sent it to Rebekah Smith, who is employed by GBQ as the Director of Forensic and Dispute Advisory Services.

8. I did not change, manipulate, or otherwise alter the data before having it sent to Ms. Smith.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April /5, 2022 at Columbus, Ohio.

_____
ADAM J. ROCCO