VORYS SATER SEYMOUR AND PEASE LLP
Cory D. Catignani (Bar No. 332551)
cdcatignani@vorys.com
4675 MacArthur Court, Suite 700
Newport Beach, CA 92660
Telephone: (949) 526-7900
Facsimile: (949) 526-7901

Attorneys for Defendants
STERLING JEWELERS INC. and
SIGNET JEWELERS LTD

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY MCCORMACK, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STERLING JEWELERS INC., a corporation; SIGNET JEWELERS LTD., a corporation; and DOES 1 through 50,<br><br>    Defendants. | Case No. '22CV525 AJB BGS<br><br>DECLARATION OF VICTORIA ORTEGA IN SUPPORT OF NOTICE OF REMOVAL<br><br>Action Filed:  March 4, 2022<br>Trial Date:    None set<br>Removal Date: April 15, 2022 |

I, Victoria Ortega, being first duly cautioned and sworn and competent to testify about the matters contained herein, hereby declare and state as follows upon personal knowledge and information:

1. I am over the age of 18 and competent to make this declaration.
2. I am a Litigation Paralegal for Defendant Sterling Jewelers Inc. ("Sterling"). Sterling is a subsidiary of Signet Jewelers LTD ("Signet"). Zale Delaware, Inc. ("Zale") is also a subsidiary of Signet.

DECLARATION OF VICTORIA ORTEGA

3. Sterling and Zale each operate stores under different banner names. Sterling's banners include Kay and Jared. Zale's banners include Zales and Banter by Piercing Pagoda.

4. Sterling is a Delaware corporation with its principal place of business in Akron, Ohio. Sterling is neither incorporated in California, nor does it have a principal place of business in California.

5. Zale is a Delaware corporation with its principal place of business in Akron, Ohio. Zale is neither incorporated in California, nor does it have a principal place of business in California.

6. Defendant Signet Jewelers Limited is a public company incorporated and with its principal offices located in Bermuda.

7. In my position, I regularly work with and have access to Sterling and Zale Human Resources and software and electronic employee records. The electronic employee records include employees' payroll data, compensation history, and electronic timekeeping records. Sterling and Zale regularly maintain records of its employees' employment, payroll, timekeeping, and compensation history in the ordinary course of its business. I am also familiar with Zale and Sterling's Human Resources and payroll recordkeeping practices relating to these records.

8. In connection with this litigation, I accessed electronic records relating to non-exempt employees in California employed by either Sterling or Zale between the period of March 4, 2018 and March 19, 2022 (the "Relevant Period"). Specifically, I was asked to obtain data reflecting: (a) Sterling's payroll and timekeeping records for each non-exempt employee of Sterling or Zale in each pay period during the Relevant Period; (b) the number of hours worked by and compensation paid to each non-exempt employee of Sterling or Zale in each pay period during the Relevant Period; (c) the dates

of employment for each non-exempt employee of Sterling or Zale during the Relevant Period; and (d) the rates of pay of each non-exempt employee of Sterling or Zale during the Relevant Period.

9. The number of hours worked by each non-exempt employee of Sterling or Zale is stored on servers that are accessible. The time punch records that make up this data are organized separately by banner.

10. The compensation paid to each non-exempt employee of Signet or Zale in each pay period is stored on servers that are accessible.

11. The information maintained in these databases is kept in the regular course and scope of Zale and Sterling's businesses.

12. Between March 15, 2022 and March 28, 2022, I accessed the databases described above to obtain time records of non-exempt employees of Sterling and Zale and requested that payroll records of non-exempt employees of Sterling and Zale be accessed by the Payroll Department and sent to me. I pulled the data and/or had the data pulled from the relevant databases and saved it as electronic files. I did not manipulate or alter in any way the substantive data that I obtained. I saved the data exactly as it was pulled from our systems.

13. After saving the data as described herein, I securely sent true and accurate copies of that data to Vorys, Sater, Seymour and Pease, LLP ("Vorys"), the law firm representing Defendants in this lawsuit. The Vorys attorney to whom I sent the data was Adam J. Rocco.

14. I did not make any edits or revisions to the data before I sent it to Vorys.

Executed April 14, 2022, at Akron, Ohio.

*/s/ Victoria Ortega*
VICTORIA ORTEGA

DECLARATION OF VICTORIA ORTEGA

Exhibit "4"
NOR, page 86